[No. 23939–2–I.   Division One.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSS
L. TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88–1–00426–3, Gerald L. Knight, J.,
entered March 27, 1989. *Dismissed* by unpublished per
curiam opinion.

[No. 24190–7–I.   Division One.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGG
A. NEUFELD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–00995–3, Paul D. Hansen, J., entered
May 19, 1989. *Dismissed* by unpublished per curiam opin-
ion.

[No. 24214–8–I.   Division One.   September 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
HANJURGEN SLAUGHTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–05008–9, John M. Darrah, J., entered
May 18, 1989. *Dismissed* by unpublished per curiam opin-
ion.